IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ADAM W. HOLT                                                               PLAINTIFF

VS.                                                            CASE NO. 1:15CV70-GHD-DAS

AGELESS MEN'S HEALTH, LLC                                    DEFENDANT

## ORDER OF DISMISSAL

The court has been advised by counsel pursuant to Stipulation of Dismissal without Prejudice [11] filed in this case on August 19, 2015, that this case may be dismissed without prejudice.

ACCORDINGLY, IT IS HEREBY ORDERED that this case is dismissed without prejudice.

This 20th day of August, 2015.

_____
Senior United States District Judge